# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.: 14cv0677-JLS(JLB)    CASE TITLE: Ford et al v. CEC Entertainment, Inc.
E-FILED DATE: 9/30/2015    DOCUMENT NO.: 40-6
DOCUMENT TITLE: Proposed Order
DOCUMENT FILED BY: Plaintiffs

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| ✓ | Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| X | ECF § 2(h) | Includes a proposed order or requires judge's signature |
|   | ECF § 2(a), (g) | Docket entry does not accurately reflect the document filed |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|   | ECF § 2(f) | Lacking proper signature |
|   | Civ. L. Rule 5.1 Crim. L. Rule 47.1 | Missing time and date on motion and/or supporting documentation |
|   | Civ. L. Rule 7.1 Crim. L. Rule 32.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
|   | Civ. L. Rule 7.1 Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1 Crim. L. Rule 47.1 | Briefs or memoranda exceed length restrictions |
|   |   | Supplemental documents require court order |
|   |   | OTHER: |

**IT IS HEREBY ORDERED**:

|   |   |
|---|---|
|   | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected. It is ordered that the Clerk **STRIKE** only the proposed order from the record and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED: October 1, 2015

_____
Honorable Janis L. Sammartino
United States District Judge