UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESCA FORD, ISABEL RODRIGUEZ individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEC ENTERTAINMENT INC. D/B/A CHUCK E. CHEESE'S, a Kansas corporation,<br><br>Defendant. | Case No.: 14-CV-0677 JLS (JLB)<br><br>**JUDGMENT**<br><br><br><br>Complaint Filed: March 24, 2014 |

Pursuant to the Order (1) Approving Final Class Action Settlement and (2) Granting Plaintiffs' Motion for Attorneys' Fees (ECF No. 47) it is **ORDERED** as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order (1) Approving Final Class Action Settlement and (2) Granting Plaintiffs' Motion for Attorneys' Fees (ECF No. 47) ("Order Granting Final Approval") and the Parties' Class Action Settlement Agreement ("Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. As provided by the Order Granting Final Approval, all Settlement Class Members (including Adverse Action Subclass Members) who did not timely and properly opt out from the Settlement are barred from pursuing, or seeking to reopen, any of the released claims, as provided for in the Settlement Agreement. Consistent with the definitions provided in the Settlement Agreement, the Settlement Class consists of:

> **Settlement Class**: All persons for whom Defendant ordered or obtained a background check or report of any type (including, without limitation, a credit check or report, a consumer credit report, an investigative consumer report, a criminal history report or a reference check) from any third party, including, without limitation, General Information Services, at any time from March 24, 2012, through and including the Preliminary Approval Date (July 7, 2015), without complying fully with the disclosure and authorization requirements of the Fair Credit Reporting Act, 15 U.S.C. sections 1681b(b)(2)(A) and 1681d(a), the California Consumer Credit Reporting Agencies Act, California Civil Code section 1785, et seq., the California Investigative Consumer Reporting Agencies Act, California Civil Code section 1786, et seq., or any comparable provision of federal, state, or local law governing background checks, credit checks, consumer credit reports, investigative consumer reports, criminal history reports, or reference checks.
>
> **Adverse Action Subclass**: All persons that Defendant subjected to adverse employment action (as defined by the FCRA, 15 U.S.C. section 1681, et seq.) Including, without limitation, a decision not to offer employment, promotion, or transfer or to terminate employment at any time from March 24, 2012, through and including the Preliminary Approval Date of the Settlement (July 7, 2015), based in whole or in part, upon a background check or report of any type (including, without limitation, a credit check or report, a consumer credit report, an investigative consumer report, a criminal history report or a reference check) that Defendant ordered or obtained from any third party including, without limitation, General Information Services, Inc. without complying

fully with the disclosure and authorization requirements of the Fair Credit Reporting Act, 15 U.S.C. sections 1681b(b)(2)(A) and 1681d(a), the California Consumer Credit Reporting Agencies Act, California Civil Code section 1785, et seq., the California Investigative Consumer Reporting Agencies Act, California Civil Code section 1786, et seq., or any comparable provision of federal, state, or local law governing background checks, credit checks, consumer credit reports, investigative consumer reports, criminal history reports, or reference checks.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

4. The above-captioned action and all of the claims alleged herein and dismissed with prejudice on the merits in all respects without costs or attorneys' fees except as otherwise provided for in the Order Granting Final Approval.

**IT IS SO ORDERED.**

Dated: January 6, 2016

                                                Hon. Janis L. Sammartino
                                                United States District Judge